476 A.2d 98

Clingan Builders v. Yecko, et ux., Appellants.

Argued March 1, 1984.
Charles M. Means, for appellants; Reed B. Day, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Judgment affirmed.

476 A.2d 98

Commonwealth v. Ahearn, Appellant.

Petition for Allowance of Appeal
Denied Nov. 28, 1984.

Submitted January 20, 1984. Gary A. Delafield, for appellant; Robert A. Mix, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.